BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
2500 Tulare Street
Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CITATION NO.: 1:05-cr-00035 AWI |
| | ) |
| Plaintiff, | ) MOTION AND ORDER FOR DISMISSAL |
| | ) |
| v. | ) |
| | ) |
| JOSE LUIS SALINAS-GARZA, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to dismiss the supervised release violation, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: December 19, 2012      By:    /s/ Megan Richards
                                                Megan A. S. Richards
                                                Special Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the supervised release violation in Case no. 1:05-cr-00035 AWI, issued against Jose Luis Salinas-Garza, be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 20, 2012**__          __/s/ Sheila K. Oberto__

UNITED STATES MAGISTRATE JUDGE